UNITED STATES GOVERNMENT

MEMORANDUM

DATE: October 23, 2015

REPLY TO
ATTN OF: Ms. P. Thompson
Clerk's Office
Criminal Division
United States District Court
Norfolk, Virginia

TO: Eric M. Hurt, AUSA
United States Attorney's Office
Newport News, Virginia

SUBJECT: Release of Exhibits

RE: CRIMINAL NO. 4:13cr54-005
UNITED STATES OF AMERICA v. SHELLEY TUCKER

Pursuant to Local Rule 55, as amended September 1, 2000, the following exhibits entered in the above case are available for release to the United States Attorney:

Trial Exhibits

Please acknowledge receipt of these exhibits on the attached copy of this memorandum within ten (10) days from the above date.

Fernando Galindo, Clerk

BY: [signature]

P. Thompson, Courtroom Deputy

OCT 29 2015

_____  _____
Eric M. Hurt, AUSA                Date